UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES<br><br>*This Document Relates to:*<br>*FRANK OGLES,*<br>Case No. 3:23cv-9095 | Case No. 3:19cv963<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER OF DISMISSAL

On September 13, 2023, the Court entered an order granting counsel's motion to withdraw and instructing Plaintiff that he had 30 days to retain substitute counsel or notify the Court of his intent to represent himself and proceed *pro se*. That time passed with no notice of appearance filed by an attorney and no notice from Plaintiff to comply with the Court's directive. The Court then gave Plaintiff an additional 10 days as a final opportunity to comply and expressly warned that failure to comply with the Court's Order would lead to the imposition of sanctions up to and including the dismissal of all claims with prejudice. *See Equity Lifestyle Prop., Inc. v. Florida Mowing & Landscape Serv., Inc*., 556 F.3d 1232, 1240 (11th Cir. 2009) ("[A district] court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order."); *see also In re Phenylpropanolamine (PPA) Prod. Liab. Litig*., 460 F.3d 1217, 1252 (9th Cir. 2006) (affirming dismissals of individual cases with prejudice for failure to comply with case management orders).

Having twice received no response, dismissal for a willful failure to comply is warranted.

Accordingly, the Court hereby **DISMISSES** the above-entitled action with prejudice for the Plaintiff's failure to prosecute and failure to comply with the Court's orders. See N.D. Fla. Loc. R. 41.1. The Clerk is directed to close the file and mail a copy of this Order to Plaintiff at his last known address: 1082 N. 20th Street, DeFuniak Springs, FL 32433.

**DONE and ORDERED** this 29th day of December 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**